**Dismissed and Opinion Filed September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01129-CR

### GARY WILLIAM BLACK, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-21655-H**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Gary William Black pleaded guilty to felony assault involving family violence and true to two enhancement paragraphs. Pursuant to a plea agreement, the trial court sentenced appellant to twenty-five years' imprisonment. Appellant waived his right to appeal as part of the plea agreement.[1] The trial court certified that appellant does not have the right to appeal.[2] We dismiss the appeal for want of jurisdiction.

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141129F.U05

---

[1] *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).

[2] *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

GARY WILLIAM BLACK, Appellant

No. 05-14-01129-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F13-21655-H.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 11, 2014